**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

CAPITOL RECORDS, INC., *et al*,

        Plaintiffs,

                                  Case No.: 0:05-cv-02217-MJD-SRN

vs.

JANEL JAMES,

        Defendant.

---

**ORDER**

The parties in this matter have announced a settlement.  In light of this settlement and pursuant to Plaintiffs' unopposed motion, Plaintiffs' Application for Default Judgment filed May 16, 2006 is withdrawn and the hearing on Plaintiffs' Application for Default Judgment scheduled for Friday September 15, 2006 at 9:00 a.m. is vacated.  The parties are ordered to submit closing documents within sixty days of the date of this Order.


        Signed the ___14____ day of _September_ 2006.


                               ___s/Michael J. Davis_____
                               UNITED STATES DISTRICT JUDGE